**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2244**

In re: LUKE D. PATTERSON,

        Petitioner.

On Petition for Writ of Mandamus. (3:21-cv-00075-GMG-RWT)

Submitted: December 21, 2021           Decided: December 22, 2021

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Luke D. Patterson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luke D. Patterson petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Patterson's § 2241 petition by order entered on November 4, 2021. Accordingly, because the district court has recently ruled on Patterson's petition, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*
